**LITE DEPALMA GREENBERG & RIVAS, LLC**
**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

**WITES & KAPETAN, P.A.**
Marc A. Wites, Esq.
4400 North Federal Highway
Lighthouse Point, Florida 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205

Attorneys for Plaintiff and the Class

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANA DIEDRICH, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC., <br><br> Defendants. | **CERTIFICATE OF NON-ARBITRABILITY** |

    I, Joseph J. DePalma, of full age, hereby certify that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated: April 5, 2007

                                                                                                                                _____
                                                                                                                                Joseph J. DePalma, Esq.

131717 v1

Dockets.Justia.com